**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**MICHAEL COHEN,**

        **Plaintiff,**

    **v.**                      **1:11-CV-1200**
                                               **(MAD/TWD)**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

---

**APPEARANCES:**                            **OF COUNSEL:**

OFFICE OF PETER M. MARGOLIUS           PETER M. MARGOLIUS, ESQ.
Counsel for Plaintiff
7 Howard Street
Catskill, NY 12414

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed on the 22nd day of February 2012. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     **ORDERED** that:

     1. The Report-Recommendation is hereby adopted in its entirety.

     2. The Clerk is directed to close the case and enter judgment accordingly.

    3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

    **IT IS SO ORDERED.**

Dated: March 9, 2012
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge